IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

RICHARD L. MCCLELLAN                                                                                     PLAINTIFF

v.                                              Case No. 3:11-CV-03022

UNUM LIFE INSURANCE COMPANY OF AMERICA                                          DEFENDANT

## JUDGMENT

For the reasons set forth in the Court's Order filed contemporaneously herewith, IT IS HEREBY ORDERED AND ADJUDGED that Defendant's decision to deny benefits is AFFIRMED, Plaintiff's claim is DENIED, and this case is DISMISSED with prejudice, with the parties instructed to bear their own fees and costs.

IT IS SO ORDERED this 24th day of January 2012.


/s/ P. K. Holmes, III
P.K. HOLMES, III
UNITED STATES DISTRICT JUDGE